UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

KHALIA HAYSLETT

Plaintiff,

v.

NORTHSIDE PROPERTIES INC. AND DOUGHNUT
PLANT WILLIAMSBURG, INC.

Defendants.

-------------------------------------------------------------------x

**Docket No. 1:24-cv-06343
(JAM)**

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have

been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and

without costs, fees, or expenses.

Dated: September 8, 2025
      New York, New York

**THE PARKER LAW GROUP P.C.**

By: _____
      Glen H. Parker, Esq.
      Attorneys for Plaintiff
      28 Valley Road, Suite 1
      Montclair, New Jersey 07042
      Tel 347-292-9042
      ghp@parkerlawusa.com

**PIAZZA, D'ADDARIO & FRUMIN,
ESQS.**

By: _____
      Ron D'Addario, Esq.
      Attorneys for Defendant
      Northside Properties LLC
      824 Manhattan Avenue
      Brooklyn, New York 11222
      Tel: (718) 389-0240
      Fax: (718) 389-5542
      pdfattorneys@aol.com

**EUSTACE, PREZIOSO,
YAPCHANYK & YANG**

By: _____
      Anthony J. Tomari, Esq
      Attorneys for Defendant

Doughnut Plant Williamsburg, Inc.
550 Madison Avenue 10th Floor
New York, New York 10022
Tele: (212) 612-4035
atomari@eustacelaw.com